IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00858-CMA-MEH

EBONIE S., a child, by her mother and next friend, Mary S.,

    Plaintiff,

v.

PUEBLO SCHOOL DISTRICT 60,
MARILYN GOLDEN, Teacher, in her official and individual capacities,
GARY TRUJILLO, Principal, in his official and individual capacities,
MARY JO BOLLINGER, Executive Director of Exceptional Student Services, in her official and individual capacities,
LOUISE RIVAS, Paraprofessional, in her official and individual capacities,
SHARRON WELLS, Paraprofessional, in her official and individual capacities,
ISABEL SANCHEZ, Paraprofessional, in her official and individual capacities,
AUDRA MARTINEZ, Paraprofessional, in her official and individual capacities, and
KRISTEN POTTER, Paraprofessional, in her official and individual capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 22, 2009.**

    Plaintiff's Unopposed Motion to Modify Scheduling Order [filed September 18, 2009; docket #45] is **granted**. For good cause shown, the Scheduling Order shall be amended as follows:

| | |
|---|---|
| Deadline for Joinder of Parties and Amendment of Pleadings: | December 18, 2009 |
| Expert witness designation: | January 26, 2010 |
| Rebuttal expert designation: | February 26, 2010 |

All other deadlines and conference dates shall remain the same.