**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00858-CMA-MEH

EBONIE S., a child, by her mother and next friend,
MARY S.,

    Plaintiff,

v.

PUEBLO SCHOOL DISTRICT 60,
MARILYN GOLDEN, Teacher, in her official and individual capacities,
GARY TRUJILLO, Principal, in his official and individual capacities,
MARY JO BOLLINGER, Executive Director of Exceptional Student Services,
   in her official and individual capacities,
LOUISE RIVAS, paraprofessional, in her official and individual capacities,
SHARRON WELLS, paraprofessional, in her official and individual capacities,
ISABEL SANCHEZ, paraprofessional, in her official and individual capacities,
AUDRA MARTINEZ, paraprofessional, in her official and individual capacities, and
KRISTEN POTTER, paraprofessional, in her official and individual capacities,

    Defendants.

---

## ORDER TO AMEND CAPTION

---

The Court having received and reviewed the parties' Stipulation to Change Caption (Doc. # 52) and the file, having considered said Stipulation, and being fully advised in the premises, hereby

ORDERS that the caption in the above-referenced matter shall be amended to change the individual Defendant name of Sharron Wells to **Sharon Wells**.

    DATED: December __16__, 2009

                                BY THE COURT:

                                *[signature]*

                                _____
                                CHRISTINE M. ARGUELLO
                                United States District Judge