IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00858-CMA-MEH

EBONIE S., a child, by her mother and next friend, Mary S.,

    Plaintiff,

v.

PUEBLO SCHOOL DISTRICT 60,
MARILYN GOLDEN, Teacher, in her official and individual capacities,
GARY TRUJILLO, Principal, in his official and individual capacities,
MARY JO BOLLINGER, Executive Director of Exceptional Student Services, in her official and individual capacities,
LOUISE RIVAS, Paraprofessional, in her official and individual capacities,
SHARRON WELLS, Paraprofessional, in her official and individual capacities,
ISABEL SANCHEZ, Paraprofessional, in her official and individual capacities,
AUDRA MARTINEZ, Paraprofessional, in her official and individual capacities, and
KRISTEN POTTER, Paraprofessional, in her official and individual capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 13, 2010.**

    Pueblo School District 60's Motion for Protective Order [filed January 13, 2010; docket #54] is **denied without prejudice**. Pursuant to Fed. R. Civ. P. 26(c), a motion "must include a certification that the movant has in good faith conferred or attempted to confer with other affected parties in an effort to resolve the dispute without court action." *Id.*; *see also* D.C. Colo. LCivR 7.1A. Here, while Defendant describes the parties' communications regarding the scope of certain Rule 30(b)(6) depositions, there is no indication whether and to what extent (if known) the Plaintiff opposes the motion for protective order.