IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 09-cv-00858-CMA-MEH | Date: April 20, 2010 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| EBONIE S., a child, by and through her mother and next friend, Mary S. | Eloise Bouzari |
| Plaintiff, | |
| vs. | |
| PUEBLO SCHOOL DISTRICT 60, *et al.*, | Sarah Schreiber |
| | Meghan Pound |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTIONS HEARING**

**Court in session:** 9:50 a.m.

Court calls case. Appearances of counsel.

Argument and discussion regarding Plaintiff's Motion to Compel Discovery Responses (Doc. #69, filed 4/8/10).

Discussion regarding Defendants' Motion for Leave to File Amended Answer to Plaintiff's First Amended Complaint (Doc. #71, filed 4/12/10). Ms. Bouzari states that Plaintiff would like to file a written response. The Court states that he is ready to rule on the motion, without the written response.

**ORDERED:** As stated on the record, Plaintiff's Motion to Compel Discovery Responses (Doc. #69, filed 4/8/10) and Defendants' Motion for Leave to File Amended Answer to Plaintiff's First Amended Complaint (Doc. #71, filed 4/12/10) are GRANTED.

**Court in recess:** 10:05 a.m. (Hearing concluded)
**Total time in court:** 0:15