IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   09-cv-00858-WJM-MEH | Date:   April 20, 2011 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

| | |
|---|---|
| EBONIE S., | Jonathan Bender |
| | Katherine Gerland |
| Plaintiff, | Maureen Witt |
| vs. | |
| PUEBLO SCHOOL DISTRICT 60, | Sarah Schreiber |
| MARILYN GOLDEN, | Meghan Pound |
| GARY TRUJILLO, | |
| MARY JO BOLLINGER, | |
| LOUISE RIVAS, | |
| SHARON WELLS, | |
| ISABEL SANCHEZ, | |
| AUDRA MARTINEZ, and | |
| KRISTEN POTTER, | |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**EVIDENTIARY HEARING (continued from 4/14/11) – Defendants' Joint Motion to Exclude Expert Testimony of Dr. Phillip Strain (Doc. #122, filed 2/28/11); Defendants' Joint Motion to Exclude Expert Testimony of Helena Huckabee (Doc. #123, filed 2/28/11); and Plaintiff's Motion to Exclude Proffered Expert Testimony of Paul Spragg (Doc. #128, filed 3/2/11)**
**Court in session:       9:06 a.m.**

Court calls case.  Appearances of counsel.  Ms. Witt advises the Court that Ms. Gerland will be present later this morning.

Discussion regarding scheduling matters.

| | |
|---|---|
| 9:08 a.m. | Dr. Phillip Strain is sworn, cross-examined by Ms. Schreiber, and questioned by the Court.<br>Witness is referred to Joint Exhibit 4 and Plaintiff's Exhibit 4. |
| 10:11 a.m. | Redirect examination of Dr. Strain by Mr. Bender. |

| | |
|---|---|
| 10:26 a.m. | Witness is excused. |
| 10:27 a.m. | Court in recess. |
| 10:31 a.m. | Court in session. |
| 10:32 a.m. | Dr. Paul Spragg is sworn, examined by Ms. Pound, and questioned by the Court. Witness is referred to Plaintiff's Exhibit 4. |
| 11:28 a.m. | Dr. Spragg is cross-examined by Ms. Witt and questioned by the Court. |
| 11:54 a.m. | Court in recess. |
| 1:08 p.m. | Court in session. Continued cross-examination of Dr. Spragg by Ms. Witt. |
| 1:28 p.m. | Redirect examination of Dr. Spragg by Ms. Pound. |
| 1:33 p.m. | Dr. Spragg is further questioned by the Court. |
| 1:36 p.m. | Witness is excused. |
| 1:39 p.m. | Dr. Phillip Strain is recalled to the stand by the Court and is further questioned. |

**ORDERED:** Counsel shall file cross-summarizations of their positions on the testimony of Drs. Huckabee, Strain, and Spragg by 5:00 p.m. on **April 22, 2011.** The documents should be titled "Supplement to Hearing," and should be approximately 15 pages.

The Court takes the motions under advisement.

**Court in recess:** 1:46 p.m.  **(Hearing concluded)**
**Total time in court:** 3:30