IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 09-cv-00858-WJM-MEH

EBONIE S., a child, by her mother and next friend, MARY S.,

    Plaintiff,

v.

PUEBLO SCHOOL DISTRICT 60,
MARILYN GOLDEN, Teacher, in her official and individual capacities,
GARY TRUJILLO, Principal, in his official and individual capacities,
MARY JO BOLLINGER, Executive Director of Exceptional Student Services, in her official and individual capacities, and
LOUISE RIVAS, Paraprofessional, in her official and individual capacities,
SHARON WELLS, Paraprofessional, in her official and individual capacities,
ISABEL SANCHEZ, Paraprofessional, in her official and individual capacities,
AUDRA MARTÍNEZ, Paraprofessional, in her official and individual capacities, and
KRISTEN POTTER, Paraprofessional, in her official and individual capacities.

    Defendants

_____

**ORDER DISMISSING WITH PREJUDICE PLAINTIFF'S
SUBSTANTIVE DUE PROCESS CLAIM**
_____

This matter is before the Court on the parties' Stipulation for Withdrawal of Substantive Due Process Claim, filed April 27, 2011 (ECF No. 152).  The Court being fully advised hereby ORDERS as follows:

The Plaintiff's substantive due process claim, and only that claim, is hereby DISMISSED WITH PREJUDICE.  Each party shall pay her or its own costs and fees related to this claim.

Dated this 2nd day of May, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge