IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00858-WJM-MEH

EBONIE S., a child, by her mother and next friend, Mary S.,

    Plaintiff,

v.

PUEBLO SCHOOL DISTRICT 60,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 11, 2011.**

    Plaintiff's Motion to Review Clerk's Taxations of Costs and Brief in Support [filed July 8, 2011; docket #215] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1A.