IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   09-cv-00858-WJM-MEH | Date:   June 5, 2014 |
| Courtroom Deputy: Cathy Pearson | **FTR – Courtroom A501** |

EBONIE S., a minor,                                               Douglas Abbott
                                                                                    Katherine Gerland
        Plaintiff,

vs.

PUEBLO SCHOOL DISTRICT 60, *et al.*,            Monica Kovaci

        Defendants.

### COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**   3:03 p.m.

Court calls case.   Appearances of counsel.

Argument and discussion held regarding Plaintiff's Motion for Clarification of Order on Motions to Exclude (Doc. 264, filed 4/14/14).

**ORDERED:**   Plaintiff's Motion for Clarification of Order on Motions to Exclude (Doc. 264, filed 4/14/14) is GRANTED as stated on the record.

Discussion held regarding documents Defendants would like to be added to the existing exhibit list.   Counsel for Defendants is directed to file a written motion to amend the exhibit list.

**Court in recess:**   4:52 p.m.   (Hearing concluded)
**Total time in court:**   1:49

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.