## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge William J. Martínez

Civil Action No.  09-cv-00858-WJM-MEH

EBONIE S., a child, by her mother and next friend, MARY S.,

    Plaintiff,

v.

PUEBLO SCHOOL DISTRICT 60,

    Defendant.

## **AMENDED** RULINGS ON OBJECTIONS TO DEPOSITION DESIGNATIONS

This matter is before the Court on the Parties' Amended Designated Testimony for Videotaped Deposition of Sharon Wells (ECF No. 315) and the parties' objections thereto (ECF Nos. 312 & 314).  The objections to the following portions of the deposition designations are SUSTAINED:

| Page Number | Lines |
|---|---|
| 32 | 13-20 |
| 57 | 15-16 (names only) |
| 66 | 8-9, 11 |
| 75 | 4-9 |
| 76 | 19-23 |
| 86 | 20-25 |
| 87 | 1-25 |
| 88 | 1-25 |
| 89 | 1-25 |
| 90 | 1-25 |
| 91 | 1-2 |
| 93 | 1-6 |

The portions of the above-designated deposition testimony to which the Court has sustained the objection should be redacted from the parties' presentations. Additionally, the parties are free to eliminate any other designations, or portions of designations, that are no longer relevant and material to the issues to be tried, given the Court's rulings on the objections herein, or any other ruling or order entered by the Court in this case.

All other objections to the designated testimony of Sharon Wells are OVERRULED.

Dated this 16th day of March, 2015.

BY THE COURT:

William J. Martinez
United States District Judge