IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: March 16, 2015 |
| Court Reporter:     Gwen Daniel | Time: 7 hours and 1 minute |

_____

| | |
|---|---|
| Civil Action No. 09-cv-00858-WJM-MEH | *Counsel:* |
| EBONIE S., a child by her mother and next friend, MARY S., | Douglas Abbott<br>Maureen Witt<br>Katherine Gerland |
| Plaintiff, | |
| v. | |
| PUEBLO SCHOOL DISTRICT 60, | Thomas Rice<br>Courtney Kramer |
| Defendant. | |

_____

## COURTROOM MINUTES
_____

JURY TRIAL - DAY ONE

08:30 a.m.    Court in Session

Appearances

Court's comments

**ORDERED:  The Joint Motion to Exclude Witnesses From Trial [316] is GRANTED. Rule 615 is INVOKED.**

Ms. Witt's comments

Mr. Rice's comments

Plaintiff's oral motion under Local Civil Rule 47.1 for written authorization from the court

1

to allow counsel to communicate with the jurors at the conclusion of the trial.  The defense joins in the oral motion.

**ORDERED:  The parties' oral motion under Local Rule 47.1 for written authorization to allow counsel to communicate with members of the jury at the conclusion of the trial is GRANTED.  A text order entry will enter setting forth restrictions regarding Local Rule 47.1.**

08:58 Court in Recess
09:02 Court in Session - jury panel present

Court's opening remarks to the jury panel

09:10 Voir dire oath administered to the jury panel.

09:10 Voir dire commences.

10:07 Bench Conference

10:09 Voir dire continued.

10:15 Voir dire (by Mr. Abbott)

10:35 Court in Recess
10:52 Court in Session - jury panel present

10:52  Voir dire (by Mr. Rice)

11:10 Bench conference

11:12 Voir dire continued.

11:33 Bench conference

11:35 Voir dire completed.

Excused for Cause:
1. 100277417
2. 100258625
3. 100256640
4. 100270130

| Challenges for Plaintiff: | Challenges for Defendant: |
|---|---|
| 1. 100245297 | 1. 100275761 |
| 2. 100262588 | 2. 100262319 |
| 3. 100249906 | 3. 100269684 |

**Jury:**
1. 100251856
2. 100251289
3. 100245390
4. 100273215
5. 100280360
6. 100248406
7. 100258874
8. 100280957

11:35 Oath to try the case administered to the Jury.

11:36  Court's preliminary instructions to the jury

11:52 Opening Statement (by Mr. Abbott)

12:14 Court in Recess
01:23 Court in Session - without jury

Court's comments

The Court will enter a written order with regard to its amended rulings on objections to deposition designations.

01:25 Jury present

01:26 Opening Statement (by Mr. Rice)

**PLAINTIFF'S FIRST WITNESS PHILLIP S. STRAIN**
01:39 Direct (by Ms. Witt)

Dr. Strain is qualified under Rule 702 to provide professional opinion testimony in the fields of special education; behavioral intervenings; alternatives to the use of adverse practices; restraints on students, and their effects on students generally; the positions of professional organizations on the use of restraints; and the Colorado Department of Education Guidelines.

> EXHIBIT IDENTIFIED, OFFERED AND RECEIVED (objection overruled): 13

|  | EXHIBIT IDENTIFIED, OFFERED AND RECEIVED: 20 |
|---|---|

03:10  Court in Recess
03:26  Court in Session - jury present

**PLAINTIFF'S FIRST WITNESS PHILLIP S. STRAIN**
03:26 Direct continued (by Ms. Witt)

03:27 Cross (by Mr. Rice)

**PLAINTIFF'S SECOND WITNESS MARY SANTOS**
03:51 Direct (by Ms. Gerland)

|  | Exhibit No. 47, a demonstrative, is shown to the jury. |
|---|---|

04:25 Court

04:26 Direct

|  | EXHIBIT OFFERED AND RECEIVED: A-9 |
|---|---|

04:40 Court

04:41 Direct

05:00 p.m.   Court in Recess
              Trial continued