IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 09-cv-00858-WJM-MEH

EBONIE SANTOS, a child, by her mother and next friend, MARY SANTOS,

    Plaintiff,

v.

PUEBLO SCHOOL DISTRICT 60,

    Defendant.

---

## VERDICT FORM

---

We the jury, upon our oath, are all agreed upon the following answers to the Court's questions:

**Question 1:**

Has the Plaintiff, Ebonie Santos, proven by a preponderance of the evidence that Defendant Pueblo School District 60 excluded her from participation in, or denied her the benefit of, its services, programs, or activities, or that Defendant otherwise discriminated against her because of her disability?

Yes __✓__          No _____

*If Yes, proceed to Question 2. If No, skip the remaining questions and sign and date the form.*

**Question 2:**

Has Plaintiff proven by a preponderance of the evidence that Defendant intentionally discriminated against her because of her disability?

Yes __✓__     No _____

*If Yes, proceed to Question 3. If No, skip the remaining question and sign and date the form.*

**Question 3:**

State the amount of damages that you determine Plaintiff has proven to have been caused by Defendant's conduct:

$ __2,200,000.00__

**The Foreperson should sign and date this Verdict Form, and notify the Bailiff that you have reached a verdict.**

_____     __3/24/15__
Foreperson                                    Date