Case 1:09-cv-00858-WJM-MEH   Document 356   Filed 03/25/15   USDC Colorado   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 09-cv-00858-WJM-MEH

EBONIE S., a child, by her mother and next friend, MARY S.,

    Plaintiff,

v.

PUEBLO SCHOOL DISTRICT 60,

    Defendant.

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

IT IS STIPULATED AND ORDERED that counsel for the parties shall retain custody of their respective original exhibits and depositions until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this 25 day of March 2015.

BY THE COURT:

_____
William J. Martínez, Judge

_____    _____
Attorney for Plaintiff    Attorney for Defendant