**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  09-cv-00858-WJM-MEH

EBONIE S., a child, by her mother and next friend, MARY S.,

    Plaintiff,

v.

PUEBLO SCHOOL DISTRICT 60,

    Defendant.

---

## FINAL JUDGMENT

---

    This action was tried before a jury of eight sworn to try the issues herein with United States District Judge William J. Martínez presiding, and the jury rendered a Verdict.

    In accordance with the Orders filed during the pendency of this case and the jury Verdict, it is

    ORDERED that Final Judgment is entered for Plaintiff and against the Defendant in the amount of $2,200,000.

    IT IS FURTHER ORDERED that post-judgment interest shall accrue at the rate of 0.23% per annum from the date of entry of Judgment.

    IT IS FURTHER ORDERED that Plaintiff is awarded costs upon the filing of a Bill of Costs with the Clerk of Court within fourteen days' entry of Final Judgment.

    Dated at Denver, Colorado this   24th   day of April, 2015.

APPROVED BY THE COURT:

_____
Judge William J. Martínez

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:   s/Deborah Hansen
Deborah Hansen, Deputy Clerk