IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  09-cv-00858-WJM-MEH

EBONIE S., a child, by her mother and next friend, MARY S.,

    Plaintiff,

v.

PUEBLO SCHOOL DISTRICT 60,

    Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Appellant/Defendant, **PUEBLO SCHOOL DISTRICT 60**, by its attorneys, **SENTER GOLDFARB & RICE, L.L.C.**, and pursuant to Fed.R.App.P. 3 and 4, hereby appeals to the United States Court of Appeals for the Tenth Circuit for the District Court's Orders regarding Motions for Summary Judgment pertaining to the claims alleging violations of the Americans with Disabilities Act, and Section 504 of the Rehabilitation Act, dated May 3, 2011, and Final Judgment dated April 24, 2015, related to the jury verdict entered on March 24, 2015.

Respectfully submitted,

s/ Courtney B. Kramer
***Courtney B. Kramer***
Senter Goldfarb & Rice, LLC
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
Telephone: 303-320-0509
E-mail: ckramer@sgrllc.com
*Counsel for Pueblo School District 60*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 26th day of May, 2015, I electronically filed a true and correct copy of the above and foregoing **NOTICE OF APPEAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following addresses:

Doug Abbott
dabbott@hollandhart.com

Maureen Witt
mwitt@hollandhart.com

Katherine Gerland
kate@bouzarilaw.com

                                        s/ Wendy McCann
                                        Wendy McCann, Legal Secretary