IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00858-WJM-MEH

EBONIE S., a child, by her mother and next friend, Mary S.,

    Plaintiff,

v.

PUEBLO SCHOOL DISTRICT 60,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 1, 2015**.

    The Motion to Withdraw filed by Meghan Pound [filed May 29, 2015; docket #378] is **granted**. Ms. Pound's representation of former Defendant Marilyn Golden in this case is terminated. *See* docket #60. The Clerk of the Court is directed to remove Ms. Pound as a representative in the caption of this case.

    Likewise, the Motion to Withdraw filed by William J. Kowalski [filed May 29, 2015; docket #380] is **granted**. Mr. Kowalski's representation of former Defendant Marilyn Golden in this case is terminated. The Clerk of the Court is directed to remove Mr. Kowalski as a representative in the caption of this case.